No. 85–956.   CLOPTON *v.* CITY OF DALLAS.   C. A. 5th Cir.
Certiorari denied.

No. 85–959.   TOWNSHIP OF LACEY *v.* JERSEY CENTRAL POWER
& LIGHT CO.   C. A. 3d Cir.   Certiorari denied.

No. 85–964.   LIBERTARIAN PARTY OF VIRGINIA ET AL. *v.*
DAVIS ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–975.   ROSS BICYCLES, INC. *v.* CYCLES USA, INC.
C. A. 11th Cir.   Certiorari denied.

No. 85–978.   KOREY *v.* CITY OF DAVENPORT, IOWA.   C. A. 8th
Cir.   Certiorari denied.

No. 85–980.   ERNEST *v.* UNITED STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF ALABAMA ET AL.   C. A. 11th Cir.   Cer-
tiorari denied.

No. 85–982.   SAMPSON *v.* RASKIN ET AL.   C. A. 7th Cir.   Cer-
tiorari denied.

No. 85–984.   INTERNATIONAL ASSOCIATION OF MACHINISTS &
AEROSPACE WORKERS, AFL–CIO *v.* QANTAS AIRWAYS, LTD.
C. A. 9th Cir.   Certiorari denied.

No. 85–985.   MASIN ET UX. *v.* DRAIN ET UX.   Ct. App. Cal.,
2d App. Dist.   Certiorari denied.

No. 85–986.   GISSARO *v.* GROSS & HECHT TRUCKING, INC.
Super. Ct. N. J., App. Div.   Certiorari denied.

No. 85–989.   QUILICI *v.* SECOND AMENDMENT FOUNDATION ET
AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–992.   FREESE, NEXT FRIEND FOR FREESE, ET UX. *v.*
CORNING GLASS WORKS.   C. A. 6th Cir.   Certiorari denied.

No. 85–1000.   FACER INSURANCE AGENCY, INC. *v.* FABE, SU-
PERINTENDENT OF INSURANCE OF OHIO.   C. A. 7th Cir.   Certio-
rari denied.